UNITED STATES BANKRUPTCY COURT

FOR THE _____Northern_____ DISTRICT OF _____Alabama_____ (Southern Division)

IN RE: _____Brown, Jessica F._____ BANKRUPTCY CASE NUMBER _____04-10954-TBB13_____

ACCT #: _____XXX-XX-7107-1_____ CHAPTER _____13_____

## ASSIGNMENT

FOR A VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, _____Student Loan Finance Association_____ DOES HEREBY ASSIGN, TRANSFER AND SET OVER TO THE _____NORTHWEST EDUCATION LOAN ASSOCIATION_____ ITS CLAIM OF _____$40,418.97_____ AS FILED HEREIN AGAINST THE ABOVE DEBTOR. _____Student Loan Finance Association_____ SPECIFICALLY WAIVES FURTHER NOTICE OF ANY MATTERS IN CONNECTION WITH THE ABOVE AND FOREGOING CLAIM AND REQUESTS THE COURT TO MAKE AN ORDER SUBROGATING THE ABOVE ASSIGNEE TO THE RIGHTS OF. _____Student Loan Finance Association_____ HEREIN. IT IS FURTHER REQUESTED THAT ANY CHECK RESPECTING THIS CLAIM BE MADE PAYABLE TO:

_____NORTHWEST EDUCATION LOAN ASSOCIATION_____
_____811 FIRST AVENUE, 500 COLMAN BLDG. SEATTLE, WA 98104_____

SIGNED: _____[signature]_____
AS AUTHORIZED AGENT

BY: ACS
TITLE: DEFAULT CLAIM EXAMINER
DATE: 12/27/2004
**Prepared By:** Tiesha Anderson

## ORDER

AT _____ THIS _____ DAY OF _____ 2004, ON THE FOREGOING, IT IS ORDERED THAT THE ABOVE DESCRIBED ASSIGNEE BE SUBROGATED TO THE RIGHTS, DUTIES AND OBLIGATIONS OF THE ORIGINAL CLAIMANT IN THE CLAIM FILED HEREIN, DESIGNATED AT NO. _____

FILED AT _____ O'CLOCK

_____
BANKRUPTCY JUDGE