UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Jessica F. Brown }  Case No: 04-10954-TBB13
}
Debtor }
}
}

## ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

This case came before the court on a petition of Brian Dilks, agent of Dilks and Knopik, LLC., on behalf of Sallie Mae, Inc., for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. A review of the petition does not provide the proper evidence that the chain of ownership entitles Sallie Mae, Inc., as the rightful owner, to the unclaimed funds paid into the bankruptcy court.

**It is therefore ORDERED, ADJUDGED, AND DECREED that:**

the petition for payment of unclaimed funds is hereby denied.

DATED: 6/11/14

THOMAS B. BENNETT
UNITED STATES BANKRUPTCY JUDGE