```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                          Case No. 04-10954-TBB
Jessica F Brown                                                 Chapter 13
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 1126-2          User: bbrooks              Page 1 of 1          Date Rcvd: Jun 11, 2014
                              Form ID: pdf000            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
intp          +Dilks & Knopik LLC,    35308 SE Center Street,    Snoqualmie, WA 98065-9216
3977399       +Northwest Education Loan Association,    c/o Cindee Dale Holmes,    1909 5th Ave N Ste 200,
                Bham, AL 35203-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:
              Cindee Dale Holmes    on behalf of Debtor Jessica F Brown cdh@cindeedaleholmes.com,
               cdholmes@cindeedaleholmes.com;reception@cindeedaleholmes.com;msherrow@cindeedaleholmes.com;cdhcou
               rtmail@gmail.com
              D. Sims Crawford    ctmail@ch13bham.com,   scrawford13@ecf.epiqsystems.com
              William S McFadden    on behalf of Creditor   Bank of New York, as Trustee on Behalf of the
               Certificateholders of CWMBS, Inc. CWMBS Reperforming Loan REMIC Trust Certificates, Series
               2005-R2 wmcfadden@mlrlawyers.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In the Matter of:

Jessica F. Brown }   Case No: 04-10954-TBB13
}
Debtor }
}
}

## ORDER DENYING PAYMENT OF UNCLAIMED FUNDS

This case came before the court on a petition of Brian Dilks, agent of Dilks and Knopik, LLC., on behalf of Sallie Mae, Inc., for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. A review of the petition does not provide the proper evidence that the chain of ownership entitles Sallie Mae, Inc., as the rightful owner, to the unclaimed funds paid into the bankruptcy court.

**It is therefore ORDERED, ADJUDGED, AND DECREED that:**

the petition for payment of unclaimed funds is hereby denied.

DATED: 6/11/14

THOMAS B. BENNETT
UNITED STATES BANKRUPTCY JUDGE